■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL WARREN, Appellant. — Judgment of the Supreme Court, Kings County (Kooper, J.), rendered May 29, 1981, affirmed. ¶ There were no objections to the summation or charge. In any event, the charge on the whole was adequate and defendant's guilt was established beyond a reasonable doubt. Mollen, P. J., Gibbons, Bracken and Niehoff, JJ., concur.